AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DONNA SABOL,                 ) <br>       Plaintiff,    ) <br>                           ) <br>v.                            ) <br>                           ) <br>HEALTHEXTRAS, INC.,    ) <br>       Defendant.    ) | **JUDGMENT IN A CIVIL CASE** <br>**CASE NO. 5:08-CV-198-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that Donna Sabol's Motion to Amend and both of HealthExtras' Motions to Dismiss are ALLOWED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 17, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Aaron C. Hemmings <br> P.O. Box 90698 <br> Raleigh, NC 27675 | Christopher J. Blake <br> Leslie C. Lane <br> 4140 Parklake Ave. <br> GlenLake One, 2nd Floor, Suite 200 <br> Raleigh, NC 27612 |

| | |
|---|---|
| July 17, 2009 <br> Date | DENNIS P. IAVARONE <br> Clerk of Court <br><br> /s/ Susan K. Edwards <br> *(By) Deputy Clerk* |

*Wilmington, North Carolina*